

**FILED**

**IN THE UNITED STATES DISTRICT COURT**

APR 0 4 2003

**FOR THE WESTERN DISTRICT OF TEXAS**

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____
DEPUTY CLERK

**WACO DIVISION**

| | | |
|---|---|---|
| **FEDERAL TRADE COMMISSION,** | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | **CIVIL ACTION NO. W-03-CA-007** |
| | § | |
| **ASSAIL, INC., et al.,** | § | |
| **Defendants.** | § | |

## ORDER

Came on to be considered the Motion to Dissolve or Modify Preliminary Injunction filed by Defendants Assail, Inc. and Kyle Kimoto. Having considered the motion, and the FTC's opposition, the Court is of the opinion the motion is without merit and should be denied. Defendants present nothing to persuade the Court that the Preliminary Injunction should be dissolved or modified. Accordingly, it is

**ORDERED** that the Defendants' Motion to Dissolve or Modify Preliminary Injunction is **DENIED**.

**SIGNED** this _4ᵗ_ day of April, 2003.

_____
**WALTER S. SMITH, JR.**
**United States District Judge**