

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
## WACO DIVISION

FILED
FEB 19 2004
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____
DEPUTY CLERK

| | | |
|---|---|---|
| **FEDERAL TRADE COMMISSION,** Plaintiff, | § § § | |
| v. | § § | CIVIL ACTION NO. W-03-CA-007 |
| **ASSAIL, INC., et al.,** Defendants. | § § § | |
| In re: Richard D. Fritzler, Sr., Richard D. Fritzler, II, and Nevada Corporate Services, Inc. | § § § § | |

## ORDER

The Receiver in this case, Robb Evans and Associates, LLC ("Receiver") has filed an application for an Order directing Richard D. Fritzler, Sr., Richard D. Fritzler, II, and Nevada Corporate Services, Inc. to show cause why each should not be held in contempt of court for willfully violating the preliminary injunction previously entered in this case. Having reviewed the applications and the file in this case, the Court is persuaded that the Receiver's application should be granted and that this matter should be set for a hearing. Accordingly, it is

**ORDERED** that Richard D. Fritzler, Sr., Richard D. Fritzler, II, and Nevada Corporate Services, Inc. shall appear before this Court on Thursday, April 22, 2004 at 9:00 a.m. in Courtroom #1, United States Courthouse, 800 Franklin Avenue,

278

Waco, Texas, to show cause why they should not be held in contempt for violating the preliminary injunction previously entered in this case. It is further

**ORDERED** that the Clerk of the Court shall immediately overnight three certified copies of this Order (one for each party Ordered to show cause) to counsel hired by the Receiver, Gary Owen Caris, Frandzel, Robins, Bloom & Csato, L.C., 6500 Wilshire Boulevard, Seventeenth Floor, Los Angeles, California 90048, for personal service on each of the alleged violators. It is further

**ORDERED** that the Clerk of the Court shall serve certified copies of this Order by certified and regular mail to Ronald E. Holub, Esq., Counsel for Richard D. Fritzler, Sr., Richard D. Fritzler, II, and Nevada Corporate Services, Inc., 700 North Pearl Street, Suite 1650, Dallas, TX 75201. It is further

**ORDERED** that the following parties are hereby **ENJOINED** from taking any further action of any kind involving transferring assets owned or controlled by the named Defendants in this case or owned by any entity directly or indirectly owned or controlled by any Defendant (as identified in Section V.A in the Preliminary Injunction), or doing any act or refraining from any act whatsoever to interfere with the Receiver managing or taking custody, control or possession of the assets subject to the receivership (as set out in Section XIV.F of the Preliminary Injunction): Richard D. Fritzler, Sr., Richard D. Fritzler, II, and Nevada Corporate Services, Inc. If any of the named individuals takes any further action to transfer assets covered by the

Preliminary Injunction or interfere in any way with the Receiver, they will be in contempt of court and subject to immediate arrest.

**SIGNED** this 19th day of February, 2004.

*[signature]*
WALTER S. SMITH, JR.
**Chief United States District Judge**