Gary Owen Caris (State Bar No. 088918)
Lesley Anne Hawes (State Bar No. 117101)
FRANDZEL ROBINS BLOOM & CSATO, L.C.
6500 Wilshire Boulevard, Seventeenth Floor
Los Angeles, California 90048-4920
Telephone: (323) 852-1000
Facsimile: (323) 651-2577

Counsel for ROBB EVANS & ASSOCIATES, LLC
as Permanent Receiver of ASSAIL, INC., et al.

LARRY BATES, Esq. (Texas Bar No. 01906990)
Baylor University School of Law
1114 University Parks Drive
Waco, Texas 76706
Telephone: (254) 710-4899

Counsel for Permanent Receiver of
ASSAIL, INC., et al.

FILED
JUL 1 9 2004
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____ DEPUTY CLERK

ORIGINAL

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS, WACO DIVISION

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>Plaintiffs,<br><br>v.<br><br>ASSAIL, INC., et al.,<br><br>Defendants. | CASE NO. W03CA007<br><br>[PROPOSED] ORDER VACATING FEBRUARY 19, 2004 ORDER TO SHOW CAUSE WHY RICHARD D. FRITZLER, SR., RICHARD D. FRITZLER, II, AND NEVADA CORPORATE SERVICES, INC. SHOULD NOT BE HELD IN CONTEMPT |

On February 19, 2004, the Court issued its Order to Show Cause Why Richard D. Fritzler, Sr., Richard D. Fritzler, II and Nevada Corporate Services, Inc. ("Alleged Contemnors") Should Not Be Held in Contempt of Court for Violating the Preliminary Injunction ("Show Cause Order") previously entered in this case, pursuant to the Application filed by the Receiver, Robb Evans & Associates, LLC ("Receiver"). Subsequently, a stipulation was entered into by and between the Receiver, the Federal Trade Commission and the Alleged Contemnors which was filed on June 16, 2004 and which provided, among other things, that the Show Cause Order would be fully resolved and settled by the Alleged Contemnors paying the total sum of $300,000

to the Receiver and providing further that upon full, complete and timely payment pursuant to the stipulation, the Show Cause Order would be vacated in its entirety. The Court has been advised that the Alleged Contemnors have made full, complete and timely payment pursuant to the stipulation. Accordingly, it is

ORDERED that the Show Cause Order shall be and hereby is vacated in its entirety.

**Signed this** 19th **day of** July, 2004.

_____
WALTER S. SMITH, JR.
Chief United States District Judge